===============================================================================

# * * * * * UNITED STATES DISTRICT COURT * * * * *

## __NORTHERN__ DISTRICT OF __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 6:03-CV-0587 (LEK/GHL)**

MARIEA VANDEMARK,

              **Plaintiff,**

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

              **Defendant.**

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report-Recommendation of the Honorable George H. Lowe, dated June 29, 2007, is APPROVED and ADOPTED in its ENTIRETY; IT IS FURTHER ORDERED, that in the above entitled action, the case is DISMISSED in favor of the Plaintiff and against the Defendant and this case is REMANDED to the Commissioner for further proceedings in accordance with the DECISION AND ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated July 25, 2007.

DATE: __July 25, 2007__

*LAWRENCE K. BAERMAN*
CLERK OF THE COURT

_____
Lawrence E. Kahn
U.S. District Judge